UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS, | No. 2:17-cv-0535 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| SGT. KLEIN, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to effect service on defendants. On June 13, 2017, the court explained that if plaintiff is granted leave to proceed in forma pauperis, the court would grant plaintiff's May 19, 2017 motion for the U.S. Marshal to serve defendants. (ECF No. 19.) Plaintiff was provided an application to proceed in forma pauperis. In the instant motion, plaintiff confirms that the court asked plaintiff to complete an in forma pauperis application. (ECF No. 20 at 2.) Thus, it appears plaintiff declines to do so, and his May 19 request to have the U.S. Marshal serve defendants is dismissed as moot.

Because plaintiff has now mailed waiver of service forms to defendants and has shown good cause for an extension of time in which to serve defendants, the court grants his request. However, plaintiff is reminded that he may renew his request to have the U.S. Marshal serve defendants if the request is accompanied by his application to proceed in forma pauperis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the U.S. Marshal to serve defendants (ECF No. 16) is denied, without prejudice, as moot.

2. Plaintiff's motion for an extension of time (ECF No. 20) is granted;

3. Plaintiff is granted thirty days from the date of this order in which to effect service on defendants.

Dated: July 13, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kly/cw/frat0535.36