# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOHN FRATUS,   No. 2:17-cv-0535 KJM KJN P

    Plaintiff,

  v.

SGT. KLEIN, et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

    John Fratus, CDCR #V-74577, a necessary and material witness in a settlement conference in this case on November 9, 2017, is confined in California State Prison, Sacramento (SAC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U.S. District Court, Courtroom #4, 501 I Street, Sacramento, California 95814, on Thursday, November 9, 2017, at 9:00 a.m.

    Accordingly, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SAC, P. O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 21, 2017

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE